IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE HOEY MORRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv1147-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

On November 19, 2009, petitioner George Hoey Morris filed a pro se pleading styled as a "motion to overturn conviction," in which he asserts claims challenging the legality of his conviction and sentence for making a false statement in application and use of a passport. Through an order entered on December 28, 2009, this court informed Morris that his claims were properly presented in a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Additionally, in accordance with Castro v. United States, 540 U.S. 375 (2003), the court notified Morris of its intention to treat his filing as such a motion and directed Morris to advise the court if he wished to proceed on his motion under 28 U.S.C. § 2255; to amend his motion to assert additional claims under 28 U.S. § 2255; or to withdraw his motion.

On January 14, 2010 , Morris filed a response to the court's December 28 order in which he states that he wishes to withdraw his November 19 motion. This court will

construe Morris's response as a motion to withdraw his November 19 filing and will  grant

the withdrawal motion .  An appropriate judgment will be entered.

DONE this 28th day of April, 2010.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE