IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:09cv1147-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner George Hoey Morris's response (Doc. No. 4) is treated as a motion to withdraw.

(2) Petitioner Morris's motion to withdraw (Doc. No. 4) is granted.

(3) Petitioner Morris's motion to overturn conviction (Doc. No. 2) is withdrawn.

(4) The case is dismissed without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 28th day of April, 2010.

                                               /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE